Certificate Number: 13858-MD-DE-038648594

Bankruptcy Case Number: 24-13335



13858-MD-DE-038648594

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2024, at 3:13 o'clock PM EDT, Brittany D. Follmeyer completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:  July 9, 2024

By:  /s/Wendel Ruegsegger

Name:  Wendel Ruegsegger

Title:  Counselor